# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2925

_____

| | | |
|---|---|---|
| Rhonda Thompson; Keith Thompson, | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Southern Farm Bureau Casualty | * | |
| Insurance Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: March 22, 2010
Filed: March 25, 2010

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In this appeal after remand, Rhonda and Keith Thompson challenge the district court's[1] denial of their motion to award a statutory penalty, attorney fees, and prejudgment interest against their insurer, Southern Farm Bureau Casualty Insurance Company. After careful review, we find no basis for reversal. See All-Ways Logistics, Inc. v. USA Truck, Inc., 583 F.3d 511, 518 (8th Cir. 2009) (district court's denial of prejudgment interest reviewed for abuse of discretion); Dupps v. Travelers

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

Ins. Co., 80 F.3d 312, 313 (8th Cir. 1996) (de novo review of district court's application of state law); Running M Farms, Inc. v. Farm Bureau Mut. Ins. Co., 265 S.W.3d 740, 745 (Ark. 2007); State Farm Mut. Ins. Co. v. Thomas, 871 S.W.2d 571, 573 (Ark. 1994). Accordingly, we affirm. See 8th Cir. R. 47B.

_____